**In re MI PUEBLO SAN JOSE, INC.**

No. 2009–1360.

United States Court of Appeals,
Federal Circuit.

Feb. 17, 2010.

Rehearing En Banc Denied April 5, 2010.

Shirley L. Church, of San Diego, CA, argued for appellant.

Thomas V. Shaw, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VI, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Christina J. Hieber, Associate Solicitor.

Before MICHEL, Chief Judge, PROST and MOORE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.